UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE AUTO DEALERS INSURANCE TRUST, an employee benefits trust,<br><br>                Plaintiff,<br>   v.<br>AON CONSULTING, INC., a New Jersey Corporation,<br><br>                Defendant.<br>_____<br>AON CONSULTING, INC., a New Jersey corporation,<br><br>                Third-Party Plaintiff,<br>   v.<br>LUMENOS, INC., a Delaware corporation,<br><br>                Third-Party Defendant. | NO. C07-1182 MJP<br><br>ORDER DENYING<br>MOTION TO DISMISS |

       This matter comes before the Court on Lumenos's motion to dismiss WSADIT's improper cross-claim. (Dkt. No. 82.) After reviewing the motion, WSADIT's response (Dkt. No. 108), Lumenos's reply (Dkt. No. 109), and all papers submitted in support thereof, the Court DENIES the motion for the reasons set forth below.

       Fed. R. Civ. P. 14(a) allows WSADIT to bring its claims against Lumenos. Rule 14(a)(3) states that an original plaintiff may "assert against the third-party defendant any claim arising out of the transaction or occurrence that is the subject matter of the plaintiff's claim

ORDER ON MOTION TO DISMISS– 1

against the third-party plaintiff." The Rule does not delineate the procedure for bringing such a claim and Lumenos has not offered any binding authority which would preclude this Court from allowing WSADIT to substitute its newly proposed pleading (Dkt. No. 108-2 at 4-8) for the previously filed cross claim (Dkt. No. 37). Nor would such a substitution result in any prejudice to Lumenos as the proposed pleading makes no substantive changes to the originally filed document. The Court holds that WSADIT's proposed pleading shall stand as the operative complaint against Lumenos.

Lumenos contends that it should be allowed to answer WSADIT's pleading. A jury trial is scheduled in this action for November 17, 2008 and the parties have submitted their proposed pretrial order. (Dkt. No. 106.) Once the Court enters the final pretrial order, that document will supersede the parties' pleadings and will control the remainder of this action. See 999 v. C.I.T. Corp., 776 F.2d 866, 870-871 (9th Cir. 1985) (issue included in final order may be presented at trial even if omitted from pleadings); Eagle v. American Tel. & Tel. Co., 769 F.2d 541, 548 (9th Cir. 1985) (claims raised in pleadings but omitted from final order are precluded). In lieu of submitting an answer to WSADIT's pleading, the Court will allow Lumenos to propose an amendment to the pretrial order that encompasses any issues Lumenos would have addressed in its answer. Lumenos's proposed pretrial order must be submitted by noon on Friday, November 14, 2008.

The clerk is directed to send a copy of this order to all counsel of record.

DATED this 12th day of November, 2008.

   /s/ Marsha J. Pechman
    Marsha J. Pechman
    United States Court District Judge